**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TROY ALLEN CROMLEIGH, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 07-275 Erie |
| v. ) | |
| ) | |
| CHARLES F. CHENOT, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on October 11, 2007.

The Magistrate Judge's Report and Recommendation [Doc. No. 12], filed on December 5, 2007, recommended that Petitioner's Petition be transferred forthwith to the Middle District of Pennsylvania. Plaintiff was allowed ten (10) days from the date of service to file objections and service was made on Petitioner by certified mail. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 3rd day of January, 2008;

IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus is TRANSFERRED forthwith to the United States District Court for the Middle District of Pennsylvania.

The Report and Recommendation [Doc. No. 12] of Magistrate Judge Baxter, filed on December 5, 2007, is adopted as the opinion of the Court. The clerk is directed to mark the case closed.

                                        s/   Sean J. McLaughlin
                                               United States District Judge

cm:     All parties of record
          Susan Paradise Baxter, U.S. Magistrate Judge