UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TROY A. CROMLEIGH, :
:
    Petitioner :
:
v. : CIVIL NO. 3:CV-08-0031
:
CHARLES F. CHENOT, et al., : (Judge Kosik)
:
    Respondents :

# O R D E R

**NOW, THIS 5th DAY OF FEBRUARY, 2008,** upon consideration of Petitioner's "Motion to Vacate the Writ of Mandamus"[1] (Doc. 17), **IT IS HEREBY ORDERED THAT** said motion is **denied as moot**.

*s/EDWIN M. KOSIK*
United States District Judge

---

[1] In this motion, it is clear that Petitioner seeks to withdraw the above mandamus action. He claims that he no longer needs a writ of mandamus. The motion is moot in light of the fact that the petition was denied by the court and the case closed on January 28, 2008. (Doc. 16.)